**MEYNER AND LANDIS LLP**
**One Gateway Center, Suite 2500**
**Newark, New Jersey 07102**
**(973) 602-3466**
David B. Grantz, Esq. (DG1967)
dgrantz@meyner.com
Attorneys for Emigrant Mortgage Company, Inc.

| | |
|---|---|
| IN RE:<br><br>PATRICIA RIVAS,<br><br>Debtor. | In Proceedings Under<br>Chapter 11 of the<br>United States Bankruptcy Code<br><br>Case No. 16-27974-JKS |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

TO:   CLERK, UNITED STATES BANKRUPTCY COURT

**PLEASE TAKE NOTICE** that pursuant to Section 9010(b) of the Bankruptcy Code, the undersigned hereby appears as counsel for Emigrant Mortgage Company, Inc. for the above captioned proceedings of this Court. Pursuant to Rule 2002 and Section 9010 of the Bankruptcy Code, the undersigned requests that copies of all pleadings, orders and notices in this matter be served by all parties upon the undersigned at the above stated address.

**MEYNER AND LANDIS LLP**
*Attorneys for Emigrant Mortgage Company, Inc.*

By:/s/ *David B. Grantz*
David B. Grantz

DATED: November 16, 2016