**Meyner and Landis LLP**
David B. Grantz, Esq.
One Gateway Center, Suite 2500
Newark, New Jersey 07102
Tel.: (973) 602-3466
dgrantz@meyner.com
*Attorneys for Emigrant Mortgage Company, Inc.*

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY (NEWARK)**

-----------------------------------------------------------x
Caption in Compliance with D.N.J. LBR 9004-2(c)
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| PATRICIA RIVAS, | Case No. 16-27974-JKS |
| Debtor. | |

-----------------------------------------------------------x

## APPLICATION FOR ADMISSION *PRO HAC VICE* OF JAY TEITELBAUM, ESQ.

The application of David B. Grantz, Esq., respectfully represents as follows:

1. I am a Partner at the law firm of Meyner and Landis, LLP, located at One Gateway Center, Suite 2500, Newark, New Jersey 07102.  I am admitted to practice in the State of New Jersey and before the United States District Court for the District of New Jersey.

2. I submit this Application, pursuant to Rule 2090-1 of the Local Rules of Bankruptcy Practice for the Unites States Bankruptcy Court for the District of New Jersey, in support of an Order approving the admission, *pro hac vice*, of Jay Teitelbaum, Esq.

3. Jay Teitelbaum, Esq., is the managing member of Teitelbaum Law Group, LLC and a member in good standing of the bars (i) of the State of New York (admitted 1986 to the Appellate Division, First Department), (ii) of the United States District Courts for the Eastern District (admitted 1986), Southern District

(admitted 1986), Northern District (admitted 2009) and Western District (admitted 2009) of New York, and (iii) the Second Circuit Court of Appeals (admitted 2013).

4. Mr. Teitelbaum is counsel to Emigrant Mortgage Company, Inc. in connection with the above-captioned action.

WHEREFORE, Applicant respectfully requests entry of an Order submitted herewith approving the admission, *pro hac vice*, of Jay Teitelbaum, Esq. to represent Emigrant Mortgage Company, Inc. in the above-captioned bankruptcy proceeding.

Dated: November 16, 2016

**Meyner and Landis LLP**
*Attorneys for Emigrant Mortgage Company, Inc.*

By: /s/ David Grantz
David B. Grantz, Esq.
One Gateway Center, Suite 2500
Newark, New Jersey 07102
Tel.: (973) 602-3466
dgrantz@meyner.com