**Meyner and Landis LLP**
David B. Grantz, Esq.
One Gateway Center, Suite 2500
Newark, New Jersey 07102
Tel.: (973) 602-3466
dgrantz@meyner.com
*Attorneys for Emigrant Mortgage Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY (NEWARK)**
-----------------------------------------------------------x
Caption in Compliance with D.N.J. LBR 9004-2(c)
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| PATRICIA RIVAS, | Case No. 16-27974-JKS |
| Debtor. | |

-----------------------------------------------------------x

**<u>CERTIFICATION IN SUPPORT OF APPLICATION FOR ADMISSION *PRO HAC VICE*
OF JAY TEITELBAUM, ESQ.</u>**

I, Jay Teitelbaum, certify under penalty of perjury that:

1. I, Jay Teitelbaum, Esq., am the managing member of Teitelbaum Law Group, LLC and a member in good standing of the bars (i) of the State of New York (admitted 1986 to the Appellate Division, First Department), (ii) of the United States District Courts for the Eastern District (admitted 1986), Southern District (admitted 1986), Northern District (admitted 2009) and Western District (admitted 2009) of New York, and (iii) the Second Circuit Court of Appeals (admitted 2013).

2. The New York State Supreme Court, Appellate Division, First Department, maintains the roll of such members of its bar at its office located at 27 Madison Avenue, New York, NY 10010.

3. There are no disciplinary proceedings pending against me in any jurisdiction, nor has any discipline ever been imposed upon me in any jurisdiction.

4. I am in possession of and have reviewed a copy of the Local Rules of this Court.

5. Upon my admission *pro hac vice*, David B. Grantz, Esq. will serve as counsel of record upon whom all notices, orders and pleadings shall be served, which service will be in addition to that made upon Jay Teitelbaum, Esq.

6. I agree that upon my admission *pro hac vice*, I will be bound by the rules of this Court, including all applicable disciplinary rules and will notify this Court immediately of any matter affecting my good standing in the bar of any jurisdiction. Upon my admission *pro hac vice*, I will pay the $150.00 fee for such admission to the Clerk, USDC as required by D.N.J. L. Civ. R. 101(c)(3).

7. On May 13, 2016, I was admitted *pro hac vice* before this Court in the bankruptcy proceeding captioned David Wolff, Chapter 7 Trustee vs. ColorEdge, et al, Case No. 14-24288, Adv. Pro. No. 16-1115, and on May 23, 2016, I paid the $212.00 annual fee to the New Jersey Lawyer's Fund for Client Protection.

8. I further agree that I will arrange with the New Jersey Lawyer's Fund for Client Protection for payment of the annual fee for each subsequent year of my involvement in this case, as required under New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1.

9. The foregoing statements made by me are true. If any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: White Plains, New York
      November 16, 2016         /s/Jay Teitelbaum
                                          Jay Teitelbaum, Esq.