**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY (NEWARK)**
------------------------------------------------------------x
Caption in Compliance with D.N.J. LBR 9004-2(c)
------------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| PATRICIA RIVAS, | Case No. 16-27974-JKS |
| Debtor. | |

------------------------------------------------------------x

## ORDER FOR ADMISSION OF
## JAY TEITELBAUM, ESQ. TO PRACTICE, *PRO HAC VICE*

This matter having been brought before the Court on application for an Order for Admission *Pro Hac Vice*; and the Court having reviewed the moving papers in support of the applicant, Jay Teitelbaum, Esq., and considered this matter pursuant to Fed. R. Civ. Proc. 78 and D.N.J. L. Civ. R.101.1, and for good cause having been shown; it is

**ORDERED** that Jay Teitelbaum, be permitted to appear *pro hac vice*; provided that pursuant to D.N.J. L. Civ. R. 101.1(c)(4), David B. Grantz, Esq., counsel of record, upon whom all notices, orders and pleadings may be served, shall promptly notify the out-of-state attorney of their receipt. Only an attorney at law of this Court may file papers, enter appearances for parties, sign stipulations, or sign and receive payments on judgments, decrees or orders; and it is further

**ORDERED** that the applicant shall arrange with the New Jersey Lawyers' Fund for Client Protection for payment of the annual fee for any year in which the out-of-state attorney continues to represent a client in a matter pending in this Court in accordance with New Jersey Court Rule 1:28-2 and D.N.J. L. Civ. R. 101.1, said fee to be paid within 21 days of the date of the entry of this Order, and it is further

**ORDERED** that the $150.00 fee required by D.N.J. L. Civ. R. 101.1 for *pro hac vice* admission to the District Court for the District of New Jersey shall also be paid within 21 days of entry of this Order. Payment in the form of a check must be payable to "Clerk, USDC"; and forwarded to the Clerk of the United States Bankruptcy Court for the District of New Jersey at the following address, for forwarding by the Clerk to the District Court:

United States Bankruptcy Court
District of New Jersey
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, NJ  07102
*Attention:  Pro Hac Vice Admissions*

It is further **ORDERED** that the applicant shall be bound by the Local Rules of the United States District Court for the District of New Jersey and the Local Rules of Bankruptcy Procedure for the District of New Jersey.

Dated: _____, 2016
      Newark, New Jersey

_____
Honorable John K. Sherwood
United States Bankruptcy Judge
District of New Jersey

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that I served a copy of this Order on the applicant and the Treasurer of the New Jersey Lawyers' Fund for Client Protection, Richard J. Hughes Justice Complex, P.O. Box 961, Trenton, NJ  08625-0961 on _____.


_____, Clerk