UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

ZAZELLA & SINGER, ESQS.
36 Mountain View Boulevard
Wayne, New Jersey 07470
(973) 696-1700 Telephone
(973) 696-3228 Telefax
LSS 7914
Attorneys for Debtor

Order Filed on November 23,
2016 by Clerk U.S. Bankruptcy
Court District of New Jersey

In Re:

PATRICIA RIVAS,

      DEBTOR.

Case No.:    16-30496-JKS

Chapter:    11

Judge:    John K. Sherwood

**ORDER AUTHORIZING RETENTION OF**

Richard C. Loffredo, CPA

The relief set forth on the following page is **ORDERED**.

**DATED: November 23, 2016**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the applicant's request for authorization to retain <u>Richard C. Loffredo</u>
as <u>Certified Public Accountant</u>, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  
   Richard C. Loffredo  
   170 N. Beverwyck Road  
   Parsipanny, New Jersey 07054

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:  
Patricia Rivas  
    Debtor

Case No. 16-27974-JKS  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Nov 23, 2016  
                Form ID: pdf903    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2016.  
db          +Patricia Rivas,    109 Cornelia Street,    Boonton, NJ 07005-1709  
aty        +Zazella & Singer, Esq,    36 Mountain View Boulevard,    Wayne, NJ 07470-6732

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                       Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2016 at the address(es) listed below:  
         David B. Grantz    on behalf of Creditor    Emigrant Mortgage Company, Inc. dgrantz@meyner.com, ckelly@meyner.com  
         Leonard S. Singer    on behalf of Debtor Patricia Rivas zsbankruptcy@gmail.com  
         Rebecca K. McDowell    on behalf of Creditor    SANTANDER BANK, N.A., F/K/A SOVEREIGN BANK, N.A. rmcdowell@slgcollect.com  
                                                                                       TOTAL: 3