**Meyner and Landis LLP**
David B. Grantz, Esq.
One Gateway Center, Suite 2500
Newark, New Jersey 07102
Tel.: (973) 602-3466
dgrantz@meyner.com
*Attorneys for Emigrant Mortgage Company, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY (NEWARK)**
-----------------------------------------------------------x
Caption in Compliance with D.N.J. LBR 9004-2(c)
-----------------------------------------------------------x

| | |
|---|---|
| In re: | Chapter 11 |
| PATRICIA RIVAS, | Case No. 16-27974-JKS |
| Debtor. | |

-----------------------------------------------------------x

### NOTICE OF APPEARANCE, REQUEST FOR
### SERVICE OF PAPERS AND RESERVATION OF RIGHTS

**PLEASE TAKE NOTICE** that the undersigned appears as attorneys for Emigrant Mortgage Company, Inc. ("**Emigrant**"), and pursuant to all applicable Rules of Bankruptcy Procedure and provisions of the Bankruptcy Code, requests that all notices given or required in this case or any related proceeding, and all disclosure statements and plans, and all other papers served in this case and any related proceeding, be given to and served upon:

> David B. Grantz, Esq.
> Meyner and Landis LLP
> One Gateway Center, Suite 2500
> Newark, New Jersey 07102
> Tel.: (973) 602-3466
> dgrantz@meyner.com
>
> and
>
> Jay Teitelbaum, Esq.
> Teitelbaum Law Group, LLC
> 1 Barker Avenue, Third Floor
> White Plains, New York 10601
> Tel:  (914) 437-7670

Telecopier No.: (914) 437-7672
E-Mail: JTeitelbaum@tblawllp.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Rules specified above but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telecopier, electronically, or otherwise, which affect the Debtor or property of the Debtor.

**PLEASE TAKE FURTHER NOTICE** that neither this notice nor any later appearance, pleading, claim, or suit shall waive any right (1) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which Emigrant may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: December 2, 2016    **Meyner and Landis LLP**
*Attorneys for Emigrant Mortgage Company, Inc.*

By: /s/ David Grantz
David B. Grantz, Esq.
One Gateway Center, Suite 2500
Newark, New Jersey 07102
Tel.: (973) 602-3466
dgrantz@meyner.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a true and correct copy of the *Notice of Appearance, Request for Service of Papers, and Reservation of Rights* was served this 2nd day of December, 2016, upon the parties on the attached service list.

Dated: December 2, 2016

      **TEITELBAUM LAW GROUP, LLC**
      *Attorneys for Emigrant Mortgage Company, Inc.*

      By: /s/ Daniel Sorrentino
           Daniel Sorrentino
           1 Barker Avenue, Third Floor
           White Plains, New York 10601
           Tel: (914) 437-7670
           Email: dsorrentino@tblawllp.com

## SERVICE LIST

<u>By electronic mail upon:</u>
Rebecca K. McDowell
Saldutti Law Group
800 N. Kings Highway
Cherry Hill, NJ 08034
856-779-0300
rmcdowell@slgcollect.com

Leonard S. Singer
Zazella & Singer, Esqs.
36 Mountain View Blvd.
Wayne, NJ 07470
(973) 696-1700
973-696-3228 (fax)
zsbankruptcy@gmail.com

<u>By first class mail, prepaid postage upon:</u>
See Schedule A attached hereto